**6**

John BREW, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth

Circuit. January 6, 1925.) No. 6685. In Error to the District Court of the United States for the Western District of Oklahoma. B. C. Trice, of Pawhuska, Okl., for plaintiff in error. W. A. Maurer, U. S. Atty., and James A. Ingraham, Asst. U. S. Atty., both of Oklahoma City, Okl.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, on motion of defendant in error, under rule 24.